FILED
U.S. DISTRICT COURT
2009 JUL 30 AM 9:01
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER DAVID WHITE, )
)
   Plaintiff, )
)
v. ) Case No. CV409-059
)
JUDGE MICHAEL KARPF, and )
THE CITY OF SAVANNAH, )
)
   Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 29th day of July, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA